**Order entered November 29, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00967-CR No. 05-22-00968-CR No. 05-22-00969-CR
No. 05-22-00970-CR No. 05-22-00971-CR No 05-22-00972-CR
No. 05-22-00973-CR No. 05-22-00974-CR No. 05-22-00975-CR
No. 05-22-00976-CR No. 05-22-00977-CR No. 05-22-00978-CR
No. 05-22-00979-CR No. 05-22-00980-CR No. 05-22-00981-CR
No. 05-22-00982-CR No. 05-22-00983-CR No. 05-22-00984-CR
No. 05-22-00985-CR No. 05-22-00986-CR

**CHRISTOPHER CHAIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-81666-2022, 366-81667-2022, 366-81668-2022**
**366-81669-2022, 366-81670-2022, 366-81671-2022, 366-81672-2022,**
**366-81673-2022, 366-81674-2022, 366-81675-2022, 366-81676-2022,**
**366-81677-2022, 366-81678-2022, 366-81679-2022, 366-81680-2022,**
**366-81681-2022, 366-81682-2022, 366-81683-2022, 366-81684-2022 &**
**366-81685-2022**

**ORDER**

Before the Court is the November 28, 2022 request of court reporter

Antoinette Varela for an extension of time to file the reporter's record in these

cases.[1] We **GRANT** the request and **ORDER** the reporter's record filed by **December 23, 2022**.

Ms. Varela is cautioned that further extensions on the reporter's record will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1] Although the request only reflects the case number of cause no. 05-22-00967-CR, the body of the request indicates the request is intended to cover the record in all of appellant's cases.